Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS CRUZ, | No. C 07-05688 JCS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MRC Receivables Corp., et al., | |
| Defendant(s). | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   11/10/07                              /s/
                                              Irving L. Berg, Esq.
                                              THE BERG LAW GROUP
                                              145 Town Center, PMB 493
                                              Corte Madera, CA  94925
                                              (415) 924-0742
                                              Fax: (415) 891-8208

                                              Counsel for Plaintiff.