1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants

7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  DAMARIS CRUZ, individually and       )   CASE NO.: C 07 05688 JCS
    on behalf of all others similarly    )
13  situated,                            )
                                         )
14             Plaintiff,                )   **DEFENDANTS'**
                                         )   **CERTIFICATION OF**
15         vs.                           )   **INTERESTED PARTIES**
                                         )
16  MRC RECEIVABLES CORP.;               )
    MIDLAND CREDIT                       )
17  MANAGEMENT, INC.; A.                 )
    SYRAN, an individual,                )
18                                       )
               Defendants.               )
19  _____ )

20

21

22

23

24

25

26

27

28

CRUZ V. MRC RECEIVABLES ET AL. (CASE NO. C 07 05688 JCS)
DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. James A. Syran, an individual;
2. MRC Receivables Corp., a Delaware corporation;
3. Midland Credit Management, Inc., a Kansas Corporation;
4. Encore Capital Group, a publicly-held company which trades on NASDAQ under the symbol "ECPG."

DATED: December 7, 2007         SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
                                 JEFFREY A. TOPOR


                                 By:    s/Tomio Narita
                                        Tomio B. Narita
                                        Attorneys for Defendants