UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMARIS CRUZ

        Plaintiff(s),

  v.

MRC RECEIVABLES CORP.; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN

        Defendant(s).

No. C 07 05688 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature _____

Counsel for  Defendants
(Plaintiff, Defendant, or indicate "pro se")