United States District Court
For the Northern District of California

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAMARIS CRUZ,
    Plaintiff(s),

v.  No. C-07-5688-SC

MRC RECEIVABLES CORP., et al.,
    Defendant(s).
                                       /  Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **February 22, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Status Conference Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    December 13, 2007                          FOR THE COURT,

                                                                       Richard W. Wieking, Clerk

                                                                       By: T. De Martini
                                                                           Courtroom Deputy Clerk