Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRC RECEIVABLES, et al.,<br><br>Defendants.<br>_____/ | Case No. C 07 5688 SC<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:   March 21, 2008<br>Time:   10:00 a.m.<br>Place:  450 Golden Gate Avenue<br>        San Francisco, CA<br>Dept.:  Courtroom I, 17th Floor<br>Judge:  Hon. Samuel Conti |

TO:   DEFENDANTS MRC RECEIVABLES; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN, an individual; AND THEIR ATTORNEYS OF RECORD, SIMMONDS & NARITA :

PLEASE TAKE NOTICE that this case is set for a Motion for Class Certification on March 21, 2008, at 10:00 a.m., before the Hon. Samuel Conti, in Courtroom I, of the United States District Court, Northern District of California, San Francisco Division, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:   1/26/08                                        /s/
                                                        Irving L. Berg
                                                        THE BERG LAW GROUP
                                                        Attorney for Plaintiff