TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>MRC RECEIVABLES CORP.; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN, an individual,<br><br>       Defendants. | CASE NO.: C 07 05688 SC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Topor, Esq., of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for the defendants in this matter.

DATED: February 15, 2008          SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA
                                  JEFFREY A. TOPOR


                                  By:    s/Jeffrey A. Topor
                                  Jeffrey A. Topor
                                  Attorneys for Defendants