1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11  DAMARIS CRUZ, individually and      )  CASE NO.: C 07 05688 SC
    on behalf of all others similarly   )
12  situated,                           )
                                        )
13              Plaintiff,              )  **DECLARATION OF JAMES
                                        )  ALEXANDER SYRAN IN
14       vs.                            )  SUPPORT OF DEFENDANTS'
                                        )  MOTION FOR SUMMARY
15  MRC RECEIVABLES CORP.;              )  JUDGMENT**
    MIDLAND CREDIT                      )
16  MANAGEMENT, INC.; A.                )  Date:  March 21, 2008
    SYRAN, an individual,               )  Time:  10:00 a.m.
17                                      )  Dept:  Courtroom 1, 17th Floor
                Defendants.             )
18  _____)  The Honorable Samuel Conti
                                        )
19

20

21

22

23

24

25

26

27

28

1    I, James Alexander Syran, declare:

2    1.    I am Senior Vice President, Operations and Marketing, for defendant

3    Midland Credit Management, Inc. ("Midland"). I make this declaration in support

4    of Defendants' Motion for Summary Judgment. I have personal knowledge of the

5    facts set forth below, and could and would testify thereto if called upon to do so.

6    2.    Midland sends form settlement letters to its customers, offering them

7    the opportunity to settle their debts for a percentage of the full amount due.

8    3.    Certain of those form settlement letters sent by Midland bear my

9    typewritten name and title ("A. Syran, Senior Vice President, Operations &

10   Marketing") at the bottom of the letter.

11   4.    I have approved of Midland's use of form settlement letters that bear

12   my typewritten name and title at the bottom of the letter.

13   5.    I have reviewed the form letters attached as Exhibits A, C and E to

14   the Complaint, and they accurately reflect the terms of settlement offers that the

15   company was willing to honor if accepted by the debtor. I have approved of

16   Midland's use of these form settlement letters.

17   I declare under penalty of perjury under the laws of the State of

18   California that the foregoing is true and correct. Executed at San Diego,

19   California on this 15th day of February, 2008.

20

21   By: _____

22   James Alexander Syran

23

24

25

26

27

28