Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MRC RECEIVABLES, et al.,<br><br>  Defendants.<br>_____/ | Case No.  C 07 5688 SC<br><br>**AMENDED NOTICE OF MOTION TO CERTIFY CLASS**<br><br>Date:   April 4, 2008<br>Time:  10:00 a.m.<br>Place:  450 Golden Gate Avenue<br>           San Francisco, CA<br>Dept.:  Courtroom I, 17th Floor<br>Judge: Hon. Samuel Conti |

To The Clerk of the Court:

PLEASE TAKE NOTICE:

Plaintiff amends the date for hearing on her Motion for Class Certification from March 21, 2008 at 10:00 a.m. to April 4, 2008 at 10:00 a.m, United States District Court, Northern District of California, San Francisco Division, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:   February 25, 2008                    _____/s/_____
                                                               Irving L. Berg
                                                               THE BERG LAW GROUP
                                                               Attorney for Plaintiff