Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MRS RECEIVABLES CORP.; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN, an individual,<br><br>Defendants. | Case No.: C 07-05688 SC<br><br>**DECLARATION OF DAMARIS CRUZ IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  March 21, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

I, Damaris Cruz, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. Sometime in August, 2001, I obtained a credit card that was co-branded with Union Privilege and HSBC, a consumer finance company.

2. The credit card was issued with account number 5480420011470257.

3. I used the card to purchase consumer goods and services for my personal and household needs.

4. A year or so after the card was issued, I incurred financial problems and was unable to pay my obligations to HSBC.

5. When my account became delinquent, I believe HSBC advised me that they would submit a negative credit report to the credit bureau.

6. In reviewing my credit report, attached hereto as <u>Exhibit A</u>, HSBC reported the

DECLARATION OF DAMARIS CRUZ IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT        1

CRUZ V. MRS RECEIVABLES CORPORATION, et al.
CASE NO. C 07-05688 SC

account as charged off as of June 2002 to April 2003.

7. The credit report, <u>Exhibit A</u>, dated February 8, 2008, was received by me from the Experian credit reporting company, after I requested the report pursuant to federal law.

8. The credit report also shows that the account was "purchased by another lender." I believe that reference to another lender is reference to MRC Receivables Corp.

9. My belief that Defendant MRC Receivables purchased the account is based on my review of <u>Exhibit A</u> to the complaint, dated April 11, 2000, which shows Union Privilege as the original creditor with the same card number as the one issued to me. Similarly, I believe <u>Exhibit E</u> to the Complaint, dated July 4, 2007, references Union Privilege as the original creditor, with the same account number as at <u>Exhibit A</u>. Likewise, I note that <u>Exhibit C</u> to the Complaint references Union Privilege. Though it does not show an account number, the amount alleged to be owed and the Union Privilege reference make me believe <u>Exhibit C</u> references the same account as <u>Exhibits A and E</u>.

10. All of these exhibits, at the reverse side, state:

> As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

I believe this is the same or similar statement that was on the HSBC letter sent to me when I was having financial problems.

11. The credit report, Exhibit B, dated February 8, 2008, was received by me from the TransUnion credit reporting company, after I requested the report pursuant to federal law.

12. Statements by Defendant Midland Credit Management, Inc. ("Midland"), that a negative credit report might be submitted was false for the following reasons, as shown by the TransUnion report shown as <u>Exhibit B</u>:

    A. Defendant Midland acquired the accounts in October, 2004.

    B. Defendant Midland shows the account as "Pay Status: Collection Account."

    C. Defendant Midland shows the account as "Past Due: $1,898.00."

DECLARATION OF DAMARIS CRUZ IN
SUPPORT OF PLAINTIFF'S CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT          2

CRUZ V. MRS RECEIVABLES
CORPORATION, et al.
CASE NO. C 07-05688 SC

1  I declare under penalty of perjury that the foregoing statements are true and correct.

2

3  Dated:  2/25/08                              /s/
           at San Francisco, CA                 Damaris Cruz

# EXHIBIT A



**Prepared for**
DAMARIS R CRUZ
**Report number**
1794696314

**Report date**
February 08, 2008
www.experian.com/disputes
Call 1 800 509 8495

Page 6 of 18

## Potentially negative items or items for further review continued

| **HSBC BANK**<br>PO BOX 5253<br>CAROL STREAM IL 60197<br>No phone number available<br>**Partial account number**<br>548042001147.... | *Date opened*<br>Aug 2001<br>*Reported since*<br>Jun 2002 | *Date of status*<br>Apr 2003<br>*Last reported*<br>Apr 2003 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>NA<br>*High balance*<br>$1,437 | *Recent balance*<br>NA | Status: Transferred, closed/Account charged off.<br>Account history:<br>Charge Off as of Jun 2002 to Apr 2003<br>Creditor's statement: "Purchased by another lender." |

# EXHIBIT B

Case 3:07-cv-05688-SC    Document 21    Filed 02/28/2008    Page 6 of 7

Consumer Credit Report for DAMARIUS CRUZ

File Number: 183233537
Page: 3 of 7
Date Issued: 02/08/2008

TransUnion.

**MIDLAND CREDTI MGMT INC** #8508203573
875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 265-8825

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 10/2004
Estimated date that this item will be removed: 11/2008

Balance: $1,898
Date Updated: 01/2008
Original Amount: $1,437
Original Creditor: UNION PRIVILE
Past Due: >$1,898<

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT