Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MRC RECEIVABLES, et al.,<br><br>        Defendants.<br>_____/ | Case No.  C 07 5688 SC<br><br>**SECOND AMENDED NOTICE OF MOTION TO  CERTIFY CLASS**<br><br><br>Date:      May 9, 2008<br>Time:     10:00 a.m.<br>Place:    450 Golden Gate Avenue<br>           San Francisco, CA<br>Dept.:    Courtroom I, 17th Floor<br>Judge:   Hon. Samuel Conti |

To The Clerk of the Court:

    PLEASE TAKE NOTICE:

    Plaintiff amends the date for hearing on her Motion for Class Certification from April 4, 2008 at 10:00 a.m. to May 9, 2008 at 10:00 a.m, United States District Court, Northern District of California, San Francisco Division, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.  Defendant stipulates to this continuance.  The motion is made as initially filed on January 26, 2008 (Docs 11-13).


Dated:    __3/1/08_____              _____/s/_____
                                      Irving L. Berg
                                      THE BERG LAW GROUP
                                      Attorney for Plaintiff