1  Irving L. Berg
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   Facsimile (415) 891-8208
4  irvberg@comcast.net

5  Attorney for Plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   DAMARIS CRUZ,                          No. C 07-05688 JCS
12
           Plaintiff,                     **PLAINTIFF'S NOTICE OF**
13                                        **WITHDRAWAL OF MOTION FOR**
       v.                                 **CLASS CERTIFICATION**
14
   MRC Receivables Corp., et al.,
15
           Defendant(s).
16  _____/

17         TO THE CLERK OF THE COURT:

18     Plaintiff has filed her Motion for Class Certification set for hearing before this

19  Honorable Court on May 9, 2008.

20         No opposition has been filed to the Motion.  The parties have agreed to withdrawal of

21  the Motion without prejudice to the Plaintiff resetting the Motion.

22         Wherefore, Plaintiff asks that the hearing set for May 9, 2008 be taken off calendar.

23

24  Dated:   April 11, 2008                    /s_____
                                           Irving L. Berg, Esq.
25                                         THE BERG LAW GROUP
                                           145 Town Center, PMB 493
26                                         Corte Madera, CA  94925
                                           (415) 924-0742
27                                         Fax: (415) 891-8208

28                                         Attorney for Plaintiff