IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAMARIS CRUZ ,

    Plaintiff(s),

No. C-07-5688-SC

v.

MRC RECEIVABLES CORP., et al. ,

Clerk's Notice

    Defendant(s).

YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for **June 13, 2008** before the Honorable Samuel Conti is **Off Calendar**.

Dated: June 10, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:   T. De Martini
      Courtroom Deputy Clerk