UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>MRC RECEIVABLES CORP.; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN, an individual,<br><br>              Defendants. | No. C-07-5688 SC<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Cross Motion for Partial Summary Judgment, filed concurrently herewith, Defendants MRC Receivables Corp., Midland Credit Management, Inc., and James Alexander Syran did not violate the Fair Debt Collection Practices Act.  Therefore, JUDGMENT shall be entered for Defendants and against Plaintiff, Damaris Cruz, on the sole cause of action in Cruz's Complaint.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: July 3, 2008

                                      UNITED STATES DISTRICT JUDGE