Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAMARIS CRUZ, individually and on
behalf of all others similarly situated,

            Plaintiff(s),

     v.

MRC RECEIVABLES CORP.;
MIDLAND CREDIT MANAGEMENT,
INC.; A. SYRAN, an individual,

            Defendant(s).
_____/

Case No.  C 07-5688 SC

**NOTICE OF APPEAL**

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff Damaris Cruz appeals to the United States Court of Appeals for the Ninth Circuit from the District's Court Order entered on July 3, 2008 (Docket No. 34).

Dated: July 17, 2008

                  /s/_____
                  Irving L Berg
                  ATTORNEY FOR PLAINTIFF