1 | Irving L. Berg (SBN 36273)
  | THE BERG LAW GROUP
2 | 145 Town Center, PMB 493
  | Corte Madera, California 94925
3 | (415) 924-0742
  | (415) 891-8208 (Fax)
4 | irvberg@comcast.net (e-mail)

5 | ATTORNEY FOR PLAINTIFF



FILED
08 JUL 21 PM 4:04

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAMARIS CRUZ, individually and on behalf of all others similarly situated, | Case No. C 07-5688 SC |
|---|---|
| Plaintiff(s), | **NOTICE OF APPEAL** |
| v. | |
| MRC RECEIVABLES CORP.; MIDLAND CREDIT MANAGEMENT, INC.; A. SYRAN, an individual, | |
| Defendant(s). | |

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiff Damaris Cruz appeals to the United States Court of Appeals for the Ninth Circuit from the District's Court Order entered on July 3, 2008 (Docket No. 34).

Dated: July 17, 2008

/s/
Irving L Berg
ATTORNEY FOR PLAINTIFF

NOTICE OF APPEAL                       CRUZ V MRC RECEIVABLES CORP.;
                    1                  MIDLAND, et al.

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**Damaris Cruz v. MRC Receivables Corp., et al.**
U. S. District Court Case No.: C 06-05688 JCS

## PROOF OF MAILING

I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**NOTICE OF APPEAL; CIVIL APPEALS DOCKETING STATEMENT**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-17-08

Irving L. Berg

Tomio B. Narita
Jeffrey A. Topor
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816

PROOF OF MAILING