UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 22, 2008

**CASE INFORMATION:**
Short Case Title:  <u>DAMARIS CRUZ</u>-v- <u>MRC RECEIVABLES CORP</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge Samuel Conti</u>
Criminal and/or Civil Case No.:  <u>CV 07-05688 SC</u>
Date Complaint/Indictment/Petition Filed: <u>11/08/07</u>
Date Appealed order/judgment *entered* <u>07/03/08</u>
Date NOA *filed* <u>07/21/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>07/21/08</u>        Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes  <u>X</u> no            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  <u>x</u> no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Irving L. Berg         Appellee Counsel: Tomio Buck Narita
           The Berg Law Group                        Simmonds & Narita LLP
           145 Town Center, PMB 493                  44 Montgomery St., Suite 3010
           Corte Madera, CA 94925                    San Francisco, CA 94104-4816
           415/924-0742                              415-283-1000
           Fax: 415/891-8208                         Fax: 415-352-2625
           Email: irvberg@comcast.net                Email: tnarita@snllp.com


<u>X</u> retained   ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    (415)  522-2061